CHARLES ROSSLER, Respondent, v. LOUIS GOEBEL, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Lambert, J., who dissented.

In the Matter of the Application for an Allowance to REVA A. STEINER, an Infant, out of the Income of a Fund Created in and by the Last Will and Testament of SAMUEL STEINER, Deceased. THE FIDELITY TRUST COMPANY, Appellant; E. MATTIE STEINER, as General Guardian, Respondent.— Decree modified so as to provide that the income on the legacies given by the 8th clause of the will does not belong to the legatees, but forms a part of the residuary estate, and as so modified the decree is affirmed, with costs to each of the parties appearing upon this appeal by separate attorneys payable out of the fund. All concurred.

In the Matter of the Application for an Allowance to BESSIE E. STEINER, an Infant, out of the Income of a Fund Created in and by the Last Will and Testament of SAMUEL STEINER, Deceased. THE FIDELITY TRUST COMPANY, Appellant; E. MATTIE STEINER, as General Guardian, Respondent. — Decree modified so as to provide that the income on the legacies given by the 8th clause of the will does not belong to the legatees, but forms a part of the residuary estate, and as so modified the decree is affirmed, with costs to each of the parties appearing upon this appeal by separate attorneys, payable out of the fund. All concurred.

In the Matter of the Application for an Allowance to JOHN E. STEINER, an Infant, out of the Income of a Fund Created in and by the Last Will and Testament of SAMUEL STEINER, Deceased. THE FIDELITY TRUST COMPANY, Appellant; E. MATTIE STEINER, as General Guardian, Respondent.— Decree modified so as to provide that the income on the legacies given by the 8th clause of the will does not belong to the. legatees, but forms a part of the residuary estate, and as so modified the decree is affirmed, with costs to each of the parties appearing upon this appeal by separate attorneys, payable out of the fund. All concurred.

In the Matter of the Application for an Allowance to S. MARITA STEINER, an Infant, out of the Income of a Fund Created in and by the Last Will and Testament of SAMUEL STEINER, Deceased. THE FIDELITY TRUST COMPANY, Appellant; E. MATTIE STEINER, as General Guardian, Respondent.— Decree modified so as to provide that the income on the legacies given by the 8th clause of the will does not belong to the legatees, but forms a part of the residuary estate, and as so modified the decree is affirmed, with costs to each of the parties appearing upon this appeal by separate attorneys, payable out of the fund. All concurred.

JOHN W. VICKERY, Respondent, v. MONTCLAIR JAM KITCHENS, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

PEERLESS TRADING COMPANY, Respondent, v. CLELAND A. WARD, Appellant, Impleaded with Another. — Order modified so as to provide that the requirement of the particulars of the damages sustained by the defendant Cleland A. Ward, as alleged in the paragraph marked 4 in his . amended answer, be stricken out; and as so modified the order is affirmed, without costs of this appeal to either party. All concurred.